**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Adam P. Cavazos,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Dora B. Schriro, et al.,<br><br>　　　　Respondents. | CV 08-0246-PHX-PGR (LOA)<br><br>**ORDER** |

　　　　Currently before the Court is the Report and Recommendation of Magistrate Judge Anderson (Doc. 17) based on Petitioner's Petition for Writ of Habeas Corpus (Doc.1) and his Motion for a New Trial (Doc.11.) Having reviewed the Petition, Motion for a New Trial, Report and Recommendation, and the Petitioner's Objections to the Report and Recommendation, and in light of the Court's finding that Petitioner's Objections lack merit,

　　　　IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 17)** is **ACCEPTED** and **ADOPTED** by the Court.

　　　　IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus **(Doc. 1)** is **DENIED** and **DISMISSED** with prejudice.

///

///

///

///

///

IT IS FURTHER ORDERED that Petitioner's Motion for a New Trial (**Doc. 11.**) is **DENIED**.[1]

DATED this 30th day of March, 2009.

Paul G. Rosenblatt
United States District Judge

---

[1] In addition to the substantive reasons for adopting the Report and Recommendations, a "Motion for a New Trial" is not the proper vehicle for Petitioner to challenge his state-court conviction and sentence in this Court. See 28 U.S.C. §§ 2254, 2241. The aforementioned motion is also duplicative of the Petition for Writ of Habeas Corpus and thus a denial is warranted on that basis as well.

2